# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chen, Edward M. | U.S. District Court, N.D. California | 11/4/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. Federal Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Employee | Trust #2 ( ▒▒▒▒▒▒▒ ) |
| 2. | Trustee | Trust #2 ( ▒▒▒▒▒▒▒ ) |
| 3. | Trustee | Trust #4 ▒▒▒▒▒▒▒ ) |
| 4. | Trustee | Trust #5 ( ▒▒▒▒▒▒▒ ) |
| 5. | Trustee | Trust #8 ( ▒▒▒▒▒▒▒ ) |
| 6. | Trustee | Trust #16 ▒▒▒▒▒▒▒ ) |
| 7. | Trustee | Trust #17 ▒▒▒▒▒▒▒ |
| 8. | Trustee | Trust #18 ▒▒▒▒▒▒▒ ) |
| 9. | Trustee | Trust #19 ▒▒▒▒▒▒▒ |
| 10. | Trustor | Trust #20 ( ▒▒▒▒▒▒▒ ) |
| 11. | Officer & Director | Realty Co. #1 ( ▒▒▒▒▒▒▒ ) |
| 12. | Manager | Limited Liability Co. #1 ( ▒▒▒▒▒▒▒ |
| 13. | Manager | Limited Liability Co. #2 ( ▒▒▒▒▒▒▒ |
| 14. | Manager | Limited Liability Co. #3 ( ▒▒▒▒▒▒▒ |
| 15. | Manager | Limited Liability Co. #4 ( ▒▒▒▒▒▒▒ |
| 16. | Manager | Limited Liability Co. #5 ( ▒▒▒▒▒▒▒ ) |

| 17. | Manager | Limitied Liability Co. #6 ( _____ ) |
|---|---|---|
| 18. | Manager | Limited Liability Co. #7 _____ ) |
| 19. | Manager | Limited Liability Co. #8 _____ ) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐     NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1991 | ACLU Employees - Defined Benefit Pension Plan, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 11/4/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Trust #2 (salary) | $20,214.00 |
| 2. 2018 | Limited Liability Co. #8 | $6,738.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Trust #2 (Salary) |
| 2. 2018 | Limited Liabilty Co. #8 |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYU School of Law -- Root-Tilden-Kern Scholarship Program | 4/5/2018 - 4/8/2018 | New York, New York | Panelist to interview and select RTK Scholar Recipients | Airfare, hotel, meals, ground transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Chen, Edward M. | 11/4/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | American Savings Bank | Co-signer on mortgage condominium investment | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 11/4/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Trust #2 (Trustee) (33% Interest) | | | | | Closed | 9/30/18 | M | A | |
| 2. | | | | | | | | | |
| 3. -Interfamily note (from Trust #8)<br>(Inadvertently included in | | | | | Redeemed | 04/15/11 | L | A | Trust #8 |
| 4. 2008 Report) | | | | | | | | | |
| 5. -Bank of America (accounts) | A | Interest | M | T | Closed | 09/21/18 | K | A | |
| 6. -Sterling Bank & Trust (account) | A | Interest | M | T | Closed | 09/24/18 | M | A | |
| 7. -Aegon NV stock | A | Interest | J | T | Sold | 06/08/18 | J | A | |
| 8. | | | | | | | | | |
| 9. Limited Partnership #3 (⬛⬛⬛<br>⬛⬛⬛ ) | | | | | | | | | |
| 10. (9.5% Interest) | | | | | | | | | |
| 11. -Commercial Property #3 (San Francisco, CA) | C | Rent | K | U | | | | | |
| 12. -Bank of America (accounts) | A | Interest | K | T | | | | | |
| 13. -First Republic Bank (account) | A | Interest | J | T | | | | | |
| 14. -Condominium #1 (Kohala Coast, HI) | A | Rent | K | U | | | | | |
| 15. -El Dorado Hospitality, LLC | A | Rent | J | U | | | | | |
| 16. -Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 17. -Cathay Bank (account) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 11/4/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Limited Partnership #5 ▓▓▓▓ | | | | | | | | | |
| 20. ▓▓▓▓▓ ) (20.5% Interest) | | | | | | | | | |
| 21. -Commercial Property #4 (Sacramento, CA) | D | Rent | M | U | | | | | |
| 22. -Bank of America (accounts) | A | Interest | K | T | | | | | |
| 23. -First Republic Bank (account) | A | Interest | K | T | | | | | |
| 24. -East-West Bank (account) | A | Interest | K | T | | | | | |
| 25. -Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 26. -Limited Liability Company #2 (▓▓▓▓ ▓▓▓ ) | | | | | | | | | |
| 27. (Limited Partnership #5 owns 25% Interest) | | | | | | | | | |
| 28. --Commercial Property #8 (San Rafael, CA) | D | Rent | M | U | | | | | |
| 29. --Bank of America (account) | A | Interest | M | T | | | | | |
| 30. --Sterling Bank & Trust (account) | A | Interest | K | T | | | | | |
| 31. --East-West Bank (account) | A | Interest | J | T | | | | | |
| 32. --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 33. --Cathay Bank (account) | A | Interest | K | T | | | | | |
| 34. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 11/4/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Bank of America (accounts) (Although dissolved, one administration | A | Interest | J | T | | | | | |
| 36. bank account remained open) | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. Realty Co. #1 ( ▩ .) (stock) (33% interest) | A | Interest | | | Closed | 03/16/17 | L | A | |
| 39. -Bank of America (accounts) (Although dissolved, one administration | A | Interest | J | T | Closed | 02/05/18 | J | A | |
| 40. bank account remained open) | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. Life Insurance Policies - New York Life Ins. Co. (Whole Life Policies) | A | Interest | J | T | | | | | |
| 43. | | | | | | | | | |
| 44. Trust #5 (Co-Trustee only) (No ownership) | | | | | | | | | |
| 45. -Cathay Bank (account) | A | Interest | M | T | | | | | |
| 46. -East-West Bank (account) | A | Interest | J | T | | | | | |
| 47. -Sterling Bank & Trust (account) | A | Interest | M | T | | | | | |
| 48. -First Republic Bank (account) | A | Interest | M | T | | | | | |
| 49. -Limited Liability Co. #3 ▩ ▩ (2.4% Interest) | | | | | | | | | |
| 50. --Commercial Property #7 (Sacramento, CA) | B | Rent | J | U | | | | | |
| 51. --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 11/4/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --First Republic Bank (accounts) | A | Interest | J | T | | | | | |
| 53. --Bank of America (accounts) | A | Interest | J | T | | | | | |
| 54. --East West Bank (accounts ) | A | Interest | J | T | | | | | |
| 55. --Cathay Bank (accounts) | A | Interest | J | T | | | | | |
| 56. -Limited Liability Co. #7 (⬛⬛⬛, ⬛ (13.3% Interest) | | | | | | | | | |
| 57. --Commercial Property #8 (Sacramento, CA) | A | Rent | J | U | | | | | |
| 58. --Bank of America (accounts) | A | Interest | K | T | | | | | |
| 59. --Cathay Bank (account) | A | Interest | J | T | | | | | |
| 60. -Limited Partnership #2 (⬛⬛⬛ ) | | | | | | | | | |
| 61. (0.88% Interest) | | | | | | | | | |
| 62. --Commercial Property #2 (San Francisco, CA) | A | Rent | J | U | | | | | |
| 63. --Bank of America (accounts) | A | Interest | J | T | | | | | |
| 64. --Cathay Bank (account) | A | Interest | J | T | | | | | |
| 65. --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 66. --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 67. | | | | | | | | | |
| 68. Merrill Lynch - IRA | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 11/4/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Cash Account - Merrill Lynch | C | Interest | K | T | | | | | |
| 70. -Calvert Social Investment Fund Balanced Portfolio | A | Dividend | K | T | | | | | |
| 71. -Ariel Appreciation Fund | A | Dividend | K | T | | | | | |
| 72. -Calvert Social Index | A | Dividend | K | T | | | | | |
| 73. -Templeton Foreign Fund | A | Dividend | J | T | | | | | |
| 74. -Templeton Developing | A | Dividend | J | T | | | | | |
| 75. | | | | | | | | | |
| 76. Merrill Lynch - IRA | | | | | | | | | |
| 77. -Cash Account - Merrill Lynch | C | Interest | K | T | | | | | |
| 78. -Calvert Social Investment Fund Balanced Portfolio | A | Dividend | K | T | | | | | |
| 79. -Franklink U.S. Government Series Class A | A | Dividend | J | T | | | | | |
| 80. -Calvert Large Cap Core | A | Dividend | J | T | | | | | |
| 81. -Templeton Developing | A | Dividend | J | T | | | | | |
| 82. -Templeton Foreign Fund | A | Dividend | J | T | | | | | |
| 83. | | | | | | | | | |
| 84. Lincoln Financial Group (403(b)) | | | | | | | | | |
| 85. -LVIP UBS Global Asset Allocation | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 11/4/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -LVIP Delaware Social Awareness | A | Dividend | K | T | | | | | |
| 87. | | | | | | | | | |
| 88. Bank of America (accounts) | A | Interest | L | T | | | | | |
| 89. | | | | | | | | | |
| 90. Sterling Bank & Trust (accounts) | A | Interest | M | T | | | | | |
| 91. | | | | | | | | | |
| 92. Ally Bank (account) | A | Interest | M | T | | | | | |
| 93. | | | | | | | | | |
| 94. Trust #16 (Trustee only) (No ownership) | | | | | | | | | |
| 95. -Bank of America (account) | A | Interest | J | T | | | | | |
| 96. -Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 97. -Cathay Bank (account) | A | Interest | J | T | | | | | |
| 98. -Limited Partnership #2 ( ▩ ) | | | | | | | | | |
| 99. ( 26.69% Interest) | | | | | | | | | |
| 100. --Commercial Property #2 (San Francisco, CA) | A | Rent | J | U | | | | | |
| 101. --Bank of America (accounts) | A | Interest | J | T | | | | | |
| 102. --Cathay Bank (account) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 11/4/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 104.  --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 105. | | | | | | | | | |
| 106.  Limited Liability Co. #4 | | | | | | | | | |
| 107.  -Bank of America (account) | A | Interest | L | T | | | | | |
| 108.  -Limited Partnership #1 ) | | | | | | | | | |
| 109.  (Limited Liability Co. #4 owns 1% Interest) | | | | | | | | | |
| 110.  --Limited Liability Co. #5 , ) (Limited | | | | | | | | | |
| 111.  Partnership #1 owes 25% Interest) | | | | | | | | | |
| 112. | | | | | | | | | |
| 113.  --Bank of America (accounts) | A | Interest | J | T | | | | | |
| 114.  --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 115.  --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 116.  --Commercial Property #1 (San Francisco, CA) | B | Rent | J | U | | | | | |
| 117.  -Limited Partnership #2 | | | | | | | | | |
| 118.  (Limited Liability Co. #4 owns 1% Interest) | | | | | | | | | |
| 119.  --Commercial Property #2 (San Francisco, CA) | D | Rent | K | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 11/4/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  --Bank of America (accounts) | A | Interest | J | T | | | | | |
| 121.  --Cathay Bank (account) | A | Interest | J | T | | | | | |
| 122.  --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 123.  --Sterling Bank & Trust (account) | A | Rent | J | T | | | | | |
| 124.  -Limited Partnership #5 (▓▓▓▓▓▓▓) | | | | | | | | | |
| 125.  (LLC #4 owns 1% Interest) | | | | | | | | | |
| 126.  --Commercial Property #4 (Sacramento, CA) | C | Rent | J | U | | | | | |
| 127.  --Bank of America (accounts) | A | Interest | J | T | | | | | |
| 128.  --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 129.  --East-West Bank (account) | A | Interest | J | T | | | | | |
| 130.  --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 131.  --Limited Liability Company #2 ▓▓▓ (Limited | | | | | | | | | |
| 132.  Partnership #5 owns 25% Interest) | | | | | | | | | |
| 133.  --Commercial Property #8 (San Rafael, CA) | A | Rent | J | U | | | | | |
| 134.  --Bank of America (account) | A | Interest | J | T | | | | | |
| 135.  --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 136.  --East-West Bank (account) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 11/4/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 138. --Cathay Bank (account) | A | Interest | J | T | | | | | |
| 139. | | | | | | | | | |
| 140. Limited Liability Co. #6 (　　　　　) (50.5%) | | | | | | | | | |
| 141. -Bank of America (account) | B | Interest | L | T | | | | | |
| 142. -First Republic Bank (account) | A | Interest | K | T | | | | | |
| 143. -Sterling Bank & Trust (account) | A | Interest | L | T | | | | | |
| 144. -Cathay Bank (account) | A | Interest | J | T | | | | | |
| 145. -Condominium #5 (Maui, HI) | E | Rent | M | U | | | | | |
| 146. -Commercial Condominium (San Francisco, CA) | G | Rent | P1 | U | | | | | |
| 147. -Commercial Property #12 (San Rafael) | D | Rent | N | U | | | | | |
| 148. -Condominium #6 (Maui, HI) | D | Rent | L | U | | | | | |
| 149. -Cathay Bank (account) (Erroneously included twice in 2018 Report) | | | | | | | | | |
| 150. -Commercial Property #13 (Novato, CA) | D | Rent | N | U | Buy | 3/20/18 | O | A | Joel Schneider and |
| 151. | | | | | | | | | Francesca Aragon |
| 152. -Commercia Property #14 (Goleta, CA) | A | Rent | N | U | Buy | 11/9/18 | N | A | The Parsons Family |
| 153. | | | | | | | | | Living Trust |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 11/4/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | | | | | |
| 155. Limited Liability Co. #7 (⬛⬛⬛, ⬛ (Manager only) | | | | | | | | | |
| 156. (No ownership) | | | | | | | | | |
| 157. --Commercial Property #8 (Sacramento, CA) | A | Rent | J | U | | | | | |
| 158. --Bank of America (accounts) | A | Interest | J | T | | | | | |
| 159. --Cathay Bank (account) | A | Interest | J | T | | | | | |
| 160. | | | | | | | | | |
| 161. BST Hospitality, LLC | A | Dividend | L | U | | | | | |
| 162. | | | | | | | | | |
| 163. Trust #17 | | | | | | | | | |
| 164. -Commercial Property #11 (Petaluma, CA) | F | Rent | N | U | | | | | |
| 165. -Bank of America (account) | A | Interest | M | T | | | | | |
| 166. -Sterling Bank & Trust (account) | A | Interest | K | T | | | | | |
| 167. | | | | | | | | | |
| 168. Trust #18 (Trustee only) (No ownership interest) | | | | | | | | | |
| 169. -East-West Bank (account) | A | Interest | J | T | | | | | |
| 170. -Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  -Cathay Bank (account) | A | Interest | J | T | | | | | |
| 172.  -First Republic Bank | A | Interest | J | T | Closed | 05/01/18 | M | A | |
| 173.  -Bank of America | A | Interest | J | | | | | | |
| 174. | | | | | | | | | |
| 175.  Trust #19 | | | | | | | | | |
| 176.  -Bank of America (account) | A | Interest | L | T | | | | | |
| 177.  -Limited Liability Co. #1 ( ▓▓▓ , ▓▓ (77% Interest) | | | | | | | | | |
| 178.  --Commercial Building #9 (San Francisco, CA) | G | Rent | O | U | | | | | |
| 179.  --Bank of America (accounts) | C | Interest | N | T | | | | | |
| 180.  --First Republic Bank (account) | B | Interest | L | T | | | | | |
| 181.  --Sterling Bank & Trust (account) | B | Interest | K | T | | | | | |
| 182.  --East-West Bank (account) | B | Interest | L | T | Closed | 04/12/18 | N | A | |
| 183.  --Condominium #2 (Maui, HI) | E | Rent | K | U | | | | | |
| 184.  --Condominium #3 (Santa Barbara, CA) | E | Rent | K | U | | | | | |
| 185.  -Commercial Condominium (San Francisco, CA) | G | Rent | M | U | | | | | |
| 186. | | | | | | | | | |
| 187.  Trust #20 ( ▓▓▓ Trustee) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 11/4/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -Bank of America (account) | A | Int./Div. | M | T | | | | | |
| 189. -Limited Liabiltiy Co. #1 (     ,      (22% Interest) | | | | | | | | | |
| 190. --Commercial Building #9 (San Francisco, CA) | G | Rent | O | U | | | | | |
| 191. --Bank of America (accounts) | C | Interest | L | T | | | | | |
| 192. --First Republic Bank (account) | B | Interest | K | T | | | | | |
| 193. --Sterling Bank & Trust (account) | B | Interest | K | T | | | | | |
| 194. --East-West Bank (account) | B | Interest | L | T | | | | | |
| 195. --Condominium #2 (Maui, HI) | D | Rent | K | U | | | | | |
| 196. --Condominium #3 (Santa Barbara, CA) | D | Rent | K | U | | | | | |
| 197. -Limited Partnership #3 (49.5% Interest) | | | | | | | | | |
| 198. --Commercial Property #3 (San Francisco, CA) | D | Rent | M | U | | | | | |
| 199. --Bank of America (accounts) | A | Interest | J | T | | | | | |
| 200. --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 201. --Condominium #1 (Kohala Coast, HI) | A | Rent | M | U | | | | | |
| 202. --El Dorado Hospitality, LLC | A | Dividend | J | U | | | | | |
| 203. --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 204. --Cathay Bank (account) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Limited Liability Co. #5 (Limited Partnership #1 | | | | | | | | | |
| 206. owns 25% Interest) | | | | | | | | | |
| 207. --Bank of America (accounts) | A | Interest | K | T | | | | | |
| 208. --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 209. --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 210. --Commercial Property #1 (San Francisco, CA) | G | Rent | N | U | | | | | |
| 211. -Limited Liability Co. #6 (49.5% Interest) | | | | | | | | | |
| 212. --Provident Credit Union (account) | A | Interest | J | T | | | | | |
| 213. --Bank of America (account) | B | Interest | L | T | | | | | |
| 214. --First Republic Bank (account) | A | Interest | K | T | | | | | |
| 215. --Sterling Bank & Trust (account) | A | Interest | L | T | | | | | |
| 216. --Condominium #5 (Maui, HI) | D | Rent | M | U | | | | | |
| 217. --Commercial Condominium (San Francisco, CA) | G | Rent | O | U | | | | | |
| 218. --Sterling Bank & Trust (account) | A | Interest | L | T | | | | | |
| 219. --Commercial Property #12 (San Rafael) | D | Rent | N | U | | | | | |
| 220. --Condominium #6 (Maui, HI) | D | Rent | L | U | | | | | |
| 221. -Cathay Bank (account) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 11/4/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.   -Limited Liability Co. #3 (26% Interest) | | | | | | | | | |
| 223.   --Commercial Property #7 (Sacramento, CA) | E | Rent | L | U | | | | | |
| 224.   --Sterling Bank & Trust (account) | A | Interest | K | T | | | | | |
| 225.   --First Republic Bank (accounts) | A | Interest | K | T | | | | | |
| 226.   --Bank of America (accounts) | A | Interest | K | T | | | | | |
| 227.   --East West Bank (accounts ) | A | Interest | K | T | | | | | |
| 228.   --Cathay Bank (accounts) | A | Interest | K | T | | | | | |
| 229. | | | | | | | | | |
| 230.   Limited Liability Co. #8 (Manager only) | A | Dividend | J | U | Open | 03/20/18 | J | | |
| 231.   -Bank of America (accunts) | A | Interest | J | U | Open | 03/20/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 11/4/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Values and income are based on pro-rata interests owned by filer and ▮▮▮ (or in which filer/ ▮▮▮ has a beneficial interest).

AMENDED REPORT Correcton/Clarification: LLC #4 holds an interest in each of the following entities: LP #1, LP #2, LP #5, as well as the Bank of America cash account. LP #1 holds an interest in LLC #5 with the assets held listged below that line up until the next entity listed, LP #2. The double dash is intended to assist with this reporting.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward M. Chen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544